UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank National Association,<br><br>    Plaintiff<br><br>v.<br><br>SFR Investments Pool 1, LLC, et al,<br><br>    Defendants | 2:16-cv-002394-JAD-GWF<br><br>**Order Re: Demand for Security of Costs Under NRS 18.130(1)**<br><br>[ECF 9] |

Defendant SFR Investments Pool 1, LLC filed a demand under NRS 18.130 for the plaintiff to post security for the costs and charges that may be awarded against it.[1] The statute automatically stays the case until the plaintiff posts the $500 bond.[2] If the plaintiff fails to post the bond within 30 days of the demand, the court will entertain a motion to dismiss.[3]

Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that the demand for security of costs (which this court dockets as a motion because a court order is required before the Clerk's office may accept the cash deposit) **[ECF No. 9] is GRANTED.  Plaintiff has until December 14, 2016, to present to the Clerk of Court $500.00 in lawful money as security under NRS 18.130(1), and this action is STAYED until that security has been posted.**

IT IS FURTHER ORDERED that **the CLERK OF COURT is directed to accept the cash deposit from the plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff.

Dated this 15th day of November, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 9.

[2] Nev. Rev. Stat. § 18.130(1).

[3] Nev. Rev. Stat. § 18.130(4).