SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 011981
sgutierrez@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al,<br><br>Defendants. | CASE NO. 2:16-cv-02394-JAD-GWF<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

In accordance with the Local Rule IA 10-6(b), Siria L. Gutierrez, hereby moves for leave to withdraw from continued representation of PAINTED DESERT COMMUNITY ASSOCIATION.

This motion is made and based upon the below Memorandum of Points and Authorities and all of the pleadings an papers on file herein.

# MEMORANDUM OF POINTS AND AUTHORITIES

1. Nevada Rules of Professional Conduct ("NRCP") 1.16(b) states " a lawyer may withdraw from representing a client if: (1) Withdrawal can be accomplished without material adverse effect on the interests of the client; or (7) Other good cause exists.  See Nev. R. Prof. C. 1.16(b)(1) and (7)

2. Furthermore, "a lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating representation."

3. Siria L. Gutierrez requests permission to withdraw because she is no longer associated with the law firm of Lipson, Neilson, Cole, Seltzer & Garin P.C.  She is now an attorney with the law firm of Hall Jaffe & Clayton, LLP.

4. Kaleb Anderson, Esq. at the law firm of Lipson, Neilson, Cole, Seltzer & Garin P.C. remains as counsel of record for Painted Desert Community Association. Therefore, withdrawal of Siria L. Gutierrez can be accomplished without material adverse effect on the interests of The HOA.

5. Siria L. Gutierrez requests this Court grant her motion to Withdraw as Counsel, thereby removing Siria L. Gutierrez from all e-filing and mailing service lists, effective immediately.

DATED this _16_ day of January, 2017.

HALL JAFFE & CLAYTON, LLP

By: ___/s/ Siria L. Gutierrez____
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 011981
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128

DATED this __20th__ day of January, 2017

IT IS SO ORDERED

BY____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

2

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 16th day of January, 2017 and pursuant to FRCP 5(b), I served via CM/ECF a correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL**, to all parties through the U.S. District Court's CM/ECF system.

_____/s/ Amanda Di Dio_____

An employee of HALL JAFFE & CLAYTON