# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:16-cv-02394-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| SFR INVESTMENTS POOL 1, LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on Shadd A. Wade, Esq.'s Notice of Disassociation and Withdrawal of Counsel (ECF No. 41), filed on June 14, 2017.

Counsel represents that he is no longer associated with the law firm of Wright, Finlay & Zak, LLP. Therefore, counsel requests that he be removed as attorney of record for Plaintiff. Counsel also indicates that his withdrawal will not delay or prejudice the proceedings in this matter because Plaintiff will continue to be represented by Wright, Finlay & Zak, LLP. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Shadd A. Wade, Esq.'s Notice of Disassociation and Withdrawal of Counsel (ECF No. 41) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Shadd A. Wade, Esq. from the CM/ECF service list in this case.

DATED this 15th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge